IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROMULUS BAILEY,

    Plaintiff,

v.                                                                                4:15cv630–WS/CAS

DR. K. SANTIAGO,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 50) docketed May 3, 2017. The magistrate judge recommends that Dr. K. Santiago's motion to dismiss be granted in part and denied in part. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 50) is hereby ADOPTED and incorporated by reference in this order.

2. Dr. K. Santiago's motion to dismiss (doc. 45) is GRANTED only as to the plaintiff's equal protection claim, and that claim is DISMISSED for failure to state a claim. Dr. K. Santiago's motion to dismiss is otherwise DENIED.

3. Dr. K. Santiago shall have up to and including June 20, 2017, to file an answer to the plaintiff's third amended complaint.

4. The clerk shall REMAND the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   6th   day of   June  , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE