# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROMULUS BAILEY,**

    Plaintiff,

vs.                                      Case No. 4:15cv630-WS/CAS

**DR. K. SANTIAGO,**

    Defendant.

_____/

## SECOND REPORT AND RECOMMENDATION

A Report and Recommendation was entered on May 3, 2017, recommending the Defendant's motion to dismiss be granted in part and denied in part. ECF No. 50. Plaintiff, a prisoner proceeding pro se in this action, apparently refused the mail when the Clerk of Court mailed him the Report and Recommendation. ECF No. 51. The notation on the envelope states "Inmate Refused." *Id.*

As a courtesy, and to ensure that a mistake was not made, the Clerk of Court was directed to again mail a copy of the Report and Recommendation to Plaintiff at his address of record. ECF No. 53. That

mail was also returned with a hand-written notation "Refused by Inmate" and dated June 9, 2017.  ECF No. 55.

Plaintiff's refusal to accept legal mail from this Court is deemed to be evidence that Plaintiff desires to voluntarily dismiss this case.  It is an unusual manner in which to end litigation, but this case cannot continue if Plaintiff refuses to participate and accept mail from the Court.  Accordingly, it is recommended that this case be dismissed pursuant to Rule 41(b).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute in light of Plaintiff's refusal to accept mail from this Court.

**IN CHAMBERS** at Tallahassee, Florida, on June 23, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:15cv630-WS/CAS

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.