IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROMULUS BAILEY,

    Plaintiff,

v.                              4:15cv630–WS/CAS

DR. K. SANTIAGO,,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 58) docketed June 23, 2017. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute in light to Plaintiff's refusal to accept mail from this court.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 58) is

adopted and incorporated by reference in this order of the court.

    2.  The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute.

    3.  The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this ___25th___ day of ___July___, 2017.

    s/ William Stafford  
    WILLIAM STAFFORD  
    SENIOR UNITED STATES DISTRICT JUDGE