IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROMULUS BAILEY,

    Plaintiff,

v.                                                      4:15cv630–WS/CAS

DR. K. SANTIAGO,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 70) docketed March 6, 2018. The magistrate judge recommends that Plaintiff's Rule 60 motion for relief from judgment be denied. Plaintiff has filed objections (doc. 72) to the report and recommendation.

The court has reviewed the record in light of Plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 70) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion (doc. 63) for relief from judgment is DENIED.

DONE AND ORDERED this   20th   day of   March  , 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE